UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JOEL BRANTLEY

    Plaintiff,

v.                                      CIVIL ACTION NO.: H-09-2439

INSPECTORATE AMERICA CORP.,
A Foreign Corporation,

    Defendant.
_____/

## **NOTICE OF FILING ADDITIONAL NOTICE OF CONSENT TO JOIN**

       Pursuant to the Federal and Local Rules of the Civil Procedure, as well as the opt-in mechanisms of the FLSA, Plaintiff, JOEL BRANTLEY, gives notice of filing the attached Notice of Consent to Join executed by BALDEMAR MENDIOLA, JR one (1) other similarly situated employee to Plaintiff, who likewise was subjected to the illegal policies and practices alleged in Plaintiff's Complaint, and who desire to join this action.

       DATED this 13th day of July 2010.

                                               /s/ ANDREW FRISCH
                                               Andrew Frisch (AF5709)
                                               MORGAN & MORGAN, P.A.
                                               6824 Griffin Road
                                               Davie, FL 33314
                                               Tel: 954-318-0268
                                               Fax: 954-333-3515
                                               E-Mail: afrisch@forthepeople.com

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF system on this 13th of July 2010, which I understand will send a copy of same to all counsel of record.

                                      s/ ANDREW FRISCH
                                      Andrew Frisch, Esq.